No. 04–1736. ENRIGHT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–1737. COAST AUTOMOTIVE GROUP, LTD. v. VOLKSWA-GEN CREDIT, INC., ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 04–1738. SILVERS v. SONY PICTURES ENTERTAINMENT, INC. C. A. 9th Cir. Certiorari denied. ▮

No. 04–1741. WILSON, BY AND THROUGH HER NEXT FRIEND AND MOTHER, WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 04–8253. LOPEZ, AKA CHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 04–8277. WHITE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 04–8624. GRIFFITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 04–8660. RIOS v. RYAN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. ▮

No. 04–8765. DOWDY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8938. MEJIA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 04–8959. DAFFIN v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8980. CAMPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 04–8996. SARGENT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.